ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
William M. Woolman                        State Bar No. 145124
555 West Shaw Avenue, Suite C-1
P.O. Box 5394
Fresno, California 93755-5394
Telephone: (559) 225-6700
Facsimile: (559) 225-3416

Attorneys for J. P. SETHI and J. P. SETHI ENTERPRISES, INC., dba SNAPPY FOOD & LIQUOR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

| | |
|---|---|
| DANIEL DELGADO,<br><br>            Plaintiff,<br><br>v.<br><br>J. P. SETHI and J. P. SETHI ENTERPRISES, INC., dba SNAPPY FOOD & LIQUOR, TYRONE JOUROYAN AND SILVIA JOUROYAN,<br><br>            Defendants. | CASE NO.   1:10-cv-00225-AWI-DLB<br><br>**STIPULATION FOR EXTENSION TO RESPOND TO COMPLAINT AND ORDER EXTENDING TIME FOR RESPONSE** |

The undersigned counsel for Plaintiff and counsel for Defendants J. P. SETHI and J. P. SETHI ENTERPRISES, INC., dba SNAPPY FOOD & LIQUOR, hereby stipulate to a second 21-day extension of time for these Defendants to respond to the Complaint herein through and including April 30, 2010.

///

///

///

///

///

///

000852.00000/616945v1

Stipulation For Extension To Respond To Complaint and Order

The parties are actively involved in settlement negotiations. This further extension is needed to allow for an inspection of the property in question by both parties and discussion concerning means of resolution of alleged ADA violations.

Dated: April 8, 2010                ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By:  /s/ William M. Woolman
William M. Woolman
Attorneys for J. P. SETHI and J. P. SETHI ENTERPRISES, INC., dba SNAPPY FOOD & LIQUOR

MOORE LAW FIRM

By:  /s/ Tanya Eugene Levinson
Tanya Eugene Levinson
Attorneys for Plaintiff DANIEL DELGADO

**ORDER**

Based upon the foregoing stipulation, it is hereby ordered that Defendants J. P. SETHI and J. P. Sethi Enterprises, Inc., dba SNAPPY FOOD & LIQUOR's response to the Complaint herein is due on or before April 30, 2010.

IT IS SO ORDERED.

Dated:  **April 9, 2010**                /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE